IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2025 AUG 19 PM 4: 20
OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>Ketankumar Chaudhari, a/k/a Ken,<br>Rashmi Samani, a/k/a Falguni Samani,<br>Amit P. Chaudhari,<br>Amit B. Chaudhari, a/k/a Matt, and<br>Maheshkumar Chaudhari a/k/a Mahesh<br><br>Defendants. | 4:25CR <del>4:25CR</del> 4:25cr3071<br><br>INDICTMENT<br>18 U.S.C. § 2<br>18 U.S.C. § 1591(a)<br>21 U.S.C. § 856(a)(2)<br>18 U.S.C. § 1594(b)<br>18 U.S.C § 1581(a)<br>8 U.S.C. § 1324(a)(I)(A)(v)(I)<br>8 U.S.C. § 1324(a)(I)(A)(ii)<br>8 U.S.C. § 1324(a)(I)(A)(iii)<br>18 U.S.C. § 357<br>18 U.S.C. § 1546(a) |

The Grand Jury charges that

## INTRODUCTION

1.     Ketankumar Chaudhari, a/k/a Ken purports to be married to Rashmi Samani, a/k/a Falguni Samani. Together, the two of them own and manage multiple businesses, notably hotels and brow salons, with the assistance of others. Specifically, they are assisted by Amit P. Chaudhari, purported to be Rashmi Samani's brother, and Amit B. Chaudhari a/k/a Matt, purported to be Ketankumar Chaudhari's brother. Maheshkumar Chaudhari a/k/a "Mahesh" (Mahesh), is also involved in the activities and criminal acts alleged herein.

2.     Specifically, Ketankumar Chaudhari and Rashmi Samani own the following hotels:

   a.   A hotel formerly branded as the Super 8 and currently known as the "Inn and Suites," located at 9305 S. 145th Street in Omaha, Nebraska (hereinafter Inn and Suites). The hotel was purchased on March 8, 2019, by Ketankumar Chaudhari and Rashmi Samani, through a limited liability corporation (LLC);

1

b.  A hotel known as the New Victorian Inn and Suites, located at 10728 L St. Omaha, Nebraska (hereinafter the New Victorian). The hotel was purchased on April 9, 2021, by Ketankumar Chaudhari and Rashmi Samani through an LLC;

c.  A hotel known as the Rodeway Inn, located at 1110 Fort Crook Rd. S. Bellevue, Nebraska (hereinafter Rodeway). The hotel was purchased on March 10, 2023, by Ketankumar Chaudhari and Rashmi Samani through the use of an LLC;

d.  A hotel formerly branded as the AmericInn, located at 2920 S. 13th Court in Omaha, Nebraska (hereinafter AmericInn). The hotel was purchased on June 15, 2023, by Ketankumar Chaudhari and Rashmi Samani through an LLC.

3.    Ketankumar Chaudhari and Rashmi Samani also own several brow, and brow and lash salons. These are located in various strip malls (602 S. 72nd Street and 3316 N 108th Street in Omaha, Nebraska ), in Oakview Mall, and three locations in Westroads Mall.

4.    Ketankumar Chaudhari and Rashmi Samani play a role in the management and day-to-day operation of the hotels and brow salons. Amit P. Chaudhari does as well. Amit B. Chaudhari and Maheshkumar Chaudhari both started in management and day-to-day operations in the Omaha based businesses but have since been relocated to other areas to continue the schemes outlined below.

5.    All of the hotel properties are monitored by surveillance camera systems, which are monitored and viewable by Ketankumar Chaudhari, Rashmi Samani, and the managers of the hotels.

6.    Ketankumar Chaudhari, Rashmi Samani, Amit P. Chaudhari, Amit B. Chaudhari and Maheshkumar Chaudhari use labor trafficking, often of illegal aliens, to staff their businesses. These illegal aliens are transported to the Nebraska hotels at the direction of

the conspirators, are harbored in the hotels, and are often transported to and from the hotels and brow salons for labor by conspirators. Additionally, the conspirators profit from the illegal activities, specifically sex trafficking and drug use and distribution that take place at the hotel properties.

## COUNT I

7.    Beginning on an unknown date, but from at least on or about February 1, 2022, and continuing through on or about June 27, 2022, in the District of Nebraska and elsewhere, in and affecting interstate commerce, the defendants, Ketankumar Chaudhari, a/k/a Ken, Rashmi Samani, a/k/a Falguni Samani, Amit P. Chaudhari, and Amit B. Chaudhari, a/k/a Matt, did knowingly a i d  a n d  a b e t recruit, entice, harbor, transport, provide, obtain, and maintain by any means MINOR VICTIM 1, having had a reasonably opportunity to observe MINOR VICTIM 1 and knowing and in reckless disregard that MINOR VICTIM 1 was under the age of 18 years old, and knowing and in reckless disregard that MINOR VICTIM 1 would be caused to engage in a commercial sex act and knowing and in reckless disregard that means of force, threats of force, fraud, and coercion would be used to cause MINOR VICTIM 1 to engage in a commercial sex act.

In violation of Title 18, United States Code, Sections 1591(a) and 2.

## COUNT II

8.    Beginning on an unknown date, but from at least on or about December 16, 2024, and continuing through on or about January 7, 2024, in the District of Nebraska and elsewhere, in and affecting interstate commerce, the defendants, Ketankumar Chaudhari, a/k/a Ken, Rashmi Samani, a/k/a Falguni Samani, Amit P. Chaudhari, and Amit B. Chaudhari, a/k/a Matt, did knowingly a i d  a n d  a b e t recruit, entice, harbor, transport,

3

provide, obtain, and maintain by any means MINOR VICTIM 2, having had a reasonably

opportunity to observe MINOR VICTIM 2 and knowing and in reckless disregard that

MINOR VICTIM 2 was under the age of 18 years old, and knowing and in reckless

disregard that MINOR VICTIM 2 would be caused to engage in a commercial sex act

and knowing and in reckless disregard that means of force, threats of force, fraud, and

coercion would be used to cause MINOR VICTIM 2 to engage in a commercial sex act.

In violation of Title 18, United States Code, Sections 1591(a) and 2.

### COUNT III

9.    Beginning on an unknown date, but from at least on or about December 16,

2024, and continuing through on or about January 7, 2025, in the District of Nebraska and

elsewhere, in and affecting interstate commerce, the defendants, Ketankumar Chaudhari,

a/k/a Ken, Rashmi Samani, a/k/a Falguni Samani, Amit P. Chaudhari, and Amit B.

Chaudhari, a/k/a Matt, did  knowingly aid and abet  recruit, entice, harbor, transport,

provide, obtain, and maintain by any means MINOR VICTIM 3, having had a reasonably

opportunity to observe MINOR VICTIM 3 and knowing and in reckless disregard that

MINOR VICTIM 3 was under the age of 18 years old, and knowing and in reckless

disregard that MINOR VICTIM 3 would be caused to engage in a commercial sex act

and knowing and in reckless disregard that means of force, threats of force, fraud, and

coercion would be used to cause MINOR VICTIM 3 to engage in a commercial sex act.

In violation of Title 18, United States Code, Sections 1591(a) and 2.

### COUNT IV

10.    Between on or about January 1, 2021 and August 12, 2025, in the District of

Nebraska, the defendants, Ketankumar Chaudhari, a/k/a Ken, Rashmi Samani, a/k/a Falguni

4

Samani, Amit P. Chaudhari, and Amit B. Chaudhari, a/k/a Matt, did unlawfully manage and control the Inn and Suites, formerly known as Super 8, at 9305 S 145th Street, Omaha, Nebraska as an owner, lessee, agent, or employee and did knowingly and intentionally rent, lease, profit from and make available for use said place for the purpose of unlawfully manufacturing, storing, distributing, and using controlled substances.

In violation of Title 21 United States Code Section 856(a)(2)

## COUNT V

11.    Between on or about April 9, 2021 and August 12, 2025, in the District of Nebraska, the defendants, Ketankumar Chaudhari, a/k/a Ken, Rashmi Samani, a/k/a Falguni Samani, Amit P. Chaudhari, and Amit B. Chaudhari, a/k/a Matt, did unlawfully manage and control the New Victorian Inn and Suites at 10728 L Street, Omaha, Nebraska as an owner, lessee, agent, or employee and did knowingly and intentionally rent, lease, profit from and make available for use said place for the purpose of unlawfully manufacturing, storing, distributing, and using controlled substances.

In violation of Title 21 United States Code Section 856(a)(2)

## COUNT VI

12.    Between on or about March 9, 2023 and August 12, 2025, in the District of Nebraska, the defendants, Ketankumar Chaudhari, a/k/a Ken, Rashmi Samani, a/k/a Falguni Samani, Amit P. Chaudhari, and Amit B. Chaudhari, a/k/a Matt, did unlawfully manage and control the Rodeway Inn, at 1110 Fort Crook Road, Bellevue, Nebraska, as an owner, lessee, agent, or employee and did knowingly and intentionally rent, lease, profit from and make available for use said place for the purpose of unlawfully manufacturing, storing, distributing, and using controlled substances.

In violation of Title 21 United States Code Section 856(a)(2)

## COUNT VII

13.     Between June 15, 2023 and August 12, 2025, in the District of Nebraska, the defendants, Ketankumar Chaudhari, a/k/a Ken, Rashmi Samani, a/k/a Falguni Samani, Amit P. Chaudhari, and Amit B. Chaudhari, a/k/a Matt, did unlawfully manage and control the AmericInn at 2920 S 13th Court in Omaha, Nebraska as an owner, lessee, agent, or employee and did knowingly and intentionally rent, lease, profit from and make available for use said place for the purpose of unlawfully manufacturing, storing, distributing, and using controlled substances.

In violation of Title 21 United States Code Section 856(a)(2)

## COUNT VIII

14.     Between on or about January 1, 2022 on or about August 12, 2025, in District of Nebraska and elsewhere, the defendants Ketankumar Chaudhari, a/k/a Ken, Rashmi Samani, a/k/a Falguni Samani, Amit P. Chaudhari, Amit B. Chaudhari, a/k/a Matt, and Maheshkumar Chaudhari a/k/a Mahesh and others known and unknown to the Grand Jury, did unlawfully, willfully and knowingly conspire, combine, confederate and agree together and with each other, and with others known and unknown to the Grand Jury, to hold GNC at the Inn and Suites in a condition of peonage.

In violation of Title 18 United States Code Sections 1594(b) and 1581(a).

## COUNT IX

15.     Between on or about January 1, 2022 on or about August 12, 2025, in District of Nebraska and elsewhere, the defendants Ketankumar Chaudhari, a/k/a Ken, Rashmi Samani, a/k/a Falguni Samani, Amit P. Chaudhari, Amit B. Chaudhari, a/k/a Matt, and Maheshkumar

6

Chaudhari a/k/a Mahesh and others known and unknown to the Grand Jury, did unlawfully, willfully and knowingly conspire, combine, confederate and agree together and with each other, and with others known and unknown to the Grand Jury, to hold CG at the Inn and Suites, the New Victorian, and AmericInn in a condition of peonage.

In violation of Title 18 United States Code Sections 1594(b) and 1581(a).

### COUNT X

16.     Between on or about June 1, 2025 on or about August 12, 2025, in District of Nebraska and elsewhere, the defendants Ketankumar Chaudhari, a/k/a Ken, Rashmi Samani, a/k/a Falguni Samani, and Amit P. Chaudhari and others known and unknown to the Grand Jury, did unlawfully, willfully and knowingly conspire, combine, confederate and agree together and with each other, and with others known and unknown to the Grand Jury, to hold SC and SSC at the Inn and Suites and Rodeway in a condition of peonage.

In violation of Title 18 United States Code Sections 1594(b) and 1581(a).

MANNER AND MEANS OF THE CONSPIRACIES ALLEGED IN COUNTS IX- XI

17.     It was part of the conspiracy that substantial sums of money were paid for aliens to relocate from India to the United States outside of legal channels.

18.     It was part of the conspiracy that the members of the conspiracy would coordinate and conspire to bring those individuals to Nebraska.

19.     It was part of the conspiracy that live-in workers were frequently not paid for their labor at the hotels.

20.     It was part of the conspiracy that, despite not being paid for their work, live-in workers were required to pay rent for their rooms at the hotel.

7

21.    It was part of the conspiracy that when live-in workers were paid, they were paid minimal hourly rates, even if they worked for days or weeks straight.

22.    It was part of the conspiracy that the living quarters provided to the live-in workers were unsanitary and unsafe both because of the physical condition of the rooms and because of the other occupants and guests at the hotel.

23.    It was part of the conspiracy that live-in workers at the hotel were dependent on others because they lacked transportation and thus, access to basic human needs, such as food, clothing, and medical care, unless provided by the defendants.

24.    It was part of the conspiracy that defendants would use live-in workers lack of legal status as a form of coercion to keep them working and living at the hotels.

25.    It was part of the conspiracy that vulnerable individuals were specifically targeted by the defendants to live in and work at the hotels, because such individuals would have no other option but to comply.

## COUNT XI

26.    Beginning on an unknown date, but from at least on or about January 1, 2021 and continuing through on or about August 12, 2025, in the District of Nebraska and elsewhere, Ketankumar Chaudhari, a/k/a Ken, Rashmi Samani, a/k/a Falguni Samani, Amit P. Chaudhari, Amit B. Chaudhari, a/k/a Matt, and Maheshkumar Chaudhari a/k/a Mahesh, defendants herein, did knowingly and willfully conspire and agree together and with each other, and with other persons known and unknown to the grand jury, to commit harboring and concealment of aliens, by unlawfully employing, transporting, concealing from detection, and housing aliens, with knowledge and reckless disregard of the fact that the

8

aliens were not lawfully in the United States for the purpose of avoiding detection by immigration authorities.

In violation of Title 8, United States Code, Section 1324(a)(I)(A)(v)(I)

## MANNER AND MEANS OF THE CONSPIRACY

27.     It was part of the conspiracy that Ketankumar Chaudhari and Rashmi Salmani would communicate with others known and unknown to arrange to have aliens brought to the United States.

28.     Ketankumar Chaudhari, Rashmi Salmani, Amit P. Chaudhari, Amit B. Chaudhari and Maheshkumar Chaudhari would coordinate the transportation of these aliens into the District of Nebraska and elsewhere.

29.     In the District of Nebraska, these aliens would be housed at hotels owned by Ketankumar Chaudhari and Rashmi Salmani.

30.     The aliens would work at these hotels, at the direction of and under the oversight of the conspirators.

31.     Aliens would also work at the brow salons owned by Ketankumar Chaudhari and Rashmi Salmani, at the direction of and under the oversight of the conspirators.

32.     Aliens would be transported from the hotels they lived at to these brow salons and back again.

## OVERT ACTS

33.      In furtherance of the conspiracy identified above, and to affect the objects of the conspiracy, the following overt acts, among others, were committed in the District of Nebraska and elsewhere:

34.    In December 2022, Ketankumar Chaudhari communicated via the WhatsApp messaging application with another individual about the costs of transporting someone from India.

35.    In November and December of 2024, Ketankumar Chaudhari arranged with a person known to the Grand Jury to transport people from North Dakota and Minnesota to Texas.

36.    For the November and December 2024 transports, Amit P. Chaudhari was provided to the transporter as the contact person at the drop off address in Texas.

37.    In June 2025, Ketankumar Chaudhari contracted with a person known to the Grand Jury to have that person transport four people from North Carolina to the District of Nebraska to do housekeeping work at the hotels.

38.    Amit P. Chaudhari provided the vehicle for the transport.

39.    None of the four people who were transported, which included a man, a woman, and two minor children, were legally in the United States.

40.    All four of the aliens have been living at Rodeway since their transportation into the District of Nebraska.

41.    The two adults and one of the minor children have all been observed doing employment related work at that hotel.

42.    An alien known to the Grand Jury as JKC entered the United States without legal status on or about February 1, 2022. At the time of his entry, JKC provided an address at the New Victorian, indicating he knew where he was going to be staying before he illegally entered the United States.

10

43.    Ketankumar Chaudhari had a copy of JKC's Immigration Control and Enforcement (ICE) documents, indicating that JKC had no legal status in the country, saved in his phone.

44.    On July 30, 2025, an alien known to the Grand Jury as ECM was contacted on a traffic stop.

45.    ECM advised law enforcement that he lived in Room 419 of the New Victorian and that he worked for Ketankumar Chaudhari, Rashmi Samani, and Amit P. Chaudhari, who knew he had no legal status in the United States.

46.    An alien, known to the Grand Jury as GNC, is known to live at and manage the Inn and Suites and has for at least the last year.

## COUNT XII

47.    Between on or about June 15, 2025 through on or about August 12, 2025, District of Nebraska, the defendants Ketankumar Chaudhari, Rashmi Samani, and Amit P. Chaudhari, knowing and in reckless disregard of the fact that an alien, namely, an alien known to the grand jury as SC, had come to, entered and remained in the United States in violation of law, did attempt to conceal, harbor, and shield from detection such alien in buildings and other places and by means of transportation, for the purpose of commercial advantage and private financial gain.

In violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii).

## COUNT XIII

48.    Between on or about June 15, 2025 through on or about August 12, 2025, District of Nebraska, the defendants Ketankumar Chaudhari, Rashmi Samani, and Amit P. Chaudhari, knowing and in reckless disregard of the fact that an alien, namely, an alien

11

known to the grand jury as SSC, had come to, entered and remained in the United States in violation of law, did attempt to conceal, harbor, and shield from detection such alien in buildings and other places and by means of transportation, for the purpose of commercial advantage and private financial gain.

In violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii).

## COUNT XIV

49.    Between on or about June 15, 2025 through on or about August 12, 2025, District of Nebraska, the defendants Ketankumar Chaudhari, Rashmi Samani, and Amit P. Chaudhari, knowing and in reckless disregard of the fact that an alien, namely, an alien known to the grand jury as MFA, had come to, entered and remained in the United States in violation of law, did attempt to conceal, harbor, and shield from detection such alien in buildings and other places and by means of transportation.

In violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii).

## COUNT XV

50.    Between on or about June 15, 2025 through on or about August 12, 2025, District of Nebraska, the defendants Ketankumar Chaudhari, Rashmi Samani, and Amit P. Chaudhari, knowing and in reckless disregard of the fact that an alien, namely, an alien known to the grand jury as MMA, had come to, entered and remained in the United States in violation of law, did attempt to conceal, harbor, and shield from detection such alien in buildings and other places and by means of transportation.

In violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii).

## COUNT XVI

51.     Between on or about February 28, 2022 through on or about August 12, 2025,
District of Nebraska, the defendants Ketankumar Chaudhari, Rashmi Samani, and Amit P.
Chaudhari, knowing and in reckless disregard of the fact that an alien, namely, an alien
known to the grand jury as JKC, had come to, entered and remained in the United States in
violation of law, did attempt to conceal, harbor, and shield from detection such alien in
buildings and other places and by means of transportation, for the purpose of commercial
advantage and private financial gain.

In violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii).

## COUNT XVII

52.     Between on or about January 1, 2025 through on or about August 12, 2025,
District of Nebraska, the defendants Ketankumar Chaudhari, Rashmi Samani, and Amit P.
Chaudhari, knowing and in reckless disregard of the fact that an alien, namely, an alien
known to the grand jury as GNC, had come to, entered and remained in the United States in
violation of law, did attempt to conceal, harbor, and shield from detection such alien in
buildings and other places and by means of transportation, for the purpose of commercial
advantage and private financial gain.

In violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii).

## COUNT XVIII

53.     Between on or about July 4, 2025 through on or about August 12, 2025, District
of Nebraska, the defendants Ketankumar Chaudhari, Rashmi Samani, and Amit P.
Chaudhari, knowing and in reckless disregard of the fact that an alien, namely, an alien
known to the grand jury as ECM, had come to, entered and remained in the United States in

violation of law, did attempt to conceal, harbor, and shield from detection such alien in buildings and other places and by means of transportation, for the purpose of commercial advantage and private financial gain.

In violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii).

## COUNT IXX

54.    On or about June 15, 2025 through on or about June 20, 2025, in the District of Nebraska and elsewhere, the defendants Ketankumar Chaudhari, Rashmi Samani, and Amit P. Chaudhari, knowing and in reckless disregard of the fact that an alien, namely, an alien known to the grand jury as SC, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation and otherwise in furtherance of such violation of law, for the purpose of commercial advantage and private financial gain.

In violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

## COUNT XX

55.    On or about June 15, 2025 through on or about June 20, 2025, in the District of Nebraska and elsewhere, the defendants Ketankumar Chaudhari, Rashmi Samani, and Amit P. Chaudhari, knowing and in reckless disregard of the fact that an alien, namely, an alien known to the grand jury as SSC, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation and otherwise in furtherance of such violation of law, for the purpose of commercial advantage and private financial gain.

In violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

14

## COUNT XXI

56.     On or about June 15, 2025 through on or about June 20, 2025, in the District of

Nebraska and elsewhere, the defendants Ketankumar Chaudhari, Rashmi Samani, and Amit

P. Chaudhari, knowing and in reckless disregard of the fact that an alien, namely, an alien

known to the grand jury as MFA, had come to, entered and remained in the United States in

violation of law, did transport and move said alien within the United States by means of

transportation and otherwise in furtherance of such violation of law.

In violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

## COUNT XXII

57.     On or about June 15, 2025 through on or about June 20, 2025, in the District of

Nebraska and elsewhere, the defendants Ketankumar Chaudhari, Rashmi Samani, and Amit

P. Chaudhari, knowing and in reckless disregard of the fact that an alien, namely, an alien

known to the grand jury as MMA, had come to, entered and remained in the United States in

violation of law, did transport and move said alien within the United States by means of

transportation and otherwise in furtherance of such violation of law.

In violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

## COUNT XXIII

58.     From on or about August 1, 2011 and continuing through on or about Augst 12,

2025 in the District of Nebraska and elsewhere, the defendants, Ketankumar Chaudhari, a/k/a

Ken, and Rashmi Samani, a/k/a Falguni Samani, knowingly and willfully conspired and

agreed together and with each other, and with other persons known and unknown to the

Grand Jury, to defraud the United States of and concerning its right to have its official

business of reviewing, processing, and granting visas and other documents changing the legal

15

status of immigrants or visitors to this country processed through United States Citizenship and Immigration Services (USCIS) conducted honestly and free from corruption, fraud, dishonesty, and unlawful impairment and obstruction.

In violation of Title 18 United States Code Section 357

## MANNER AND MEANS OF THE CONSPIRACY

59.    It was part of the conspiracy that Rashmi Samani, a/k/a Falguni Samani, entered the United States as a visitor, using a B1/B2 visa in June of 2007.

60.    It was part of the conspiracy that Rashmi Samani, a/k/a Falguni Samani, did not leave the United States at the expiration of her B1/B2 visa, becoming a visa overstay and having no legal status to be in the United States.

61.    It was part of the conspiracy that Ketankumar Chaudhari, a/k/a Ken, entered the United States in August of 2008, as a visitor on a B1/B2 visa.

62.    It was part of the conspiracy that Ketankumar Chaudhari, a/k/a Ken, petitioned for and was granted a change in status and remained in the United States on a student visa.

63.    It was part of the conspiracy that Rashmi Samani, a/k/a Falguni Samani entered into a sham marriage with a United States citizen in an attempt to gain lawful status.

64.    It was part of the conspiracy that Ketankumar Chaudhari, a/k/a Ken, entered into a sham marriage with a United States citizen and attempted to petition for lawful status through that marriage. The subsequent petitions for status were denied because the sham wife petitioned to withdraw her sponsorship and because USCIS found fraud.

65.    It was part of the conspiracy that Ketankumar Chaudhari, a/k/a Ken, entered into another sham marriage with a United States citizen and attempted to petition for lawful status through that marriage, despite being in an intimate relationship with Rashmi Samani, a/k/a

Falguni Samani at the time of that marriage. That petition for status was also found to be fraudulent by USCIS.

66.    It was part of the conspiracy that, despite entering into a sham marriage, Rashmi Samani, a/k/a Falguni Samani continued to attempt to use the sham marriage to apply for status even after divorcing her American husband.

67.    It was part of the conspiracy that, after USCIS found fraud and revoked Rashmi Samani, a/k/a Falguni Samani conditionally permanent resident status, Rashmi Samani, a/k/a Falguni Samani and Ketankumar Chaudhari, a/k/a Ken, began looking for alternative paths to permanent status.

68.    It was part of the conspiracy that a U-Visa, of which there are a limited number issued each year, provides temporary status to an alien who is otherwise unlawfully present if they have been the victim of certain, qualifying crimes, so that they may participate in the ongoing criminal investigation and court proceedings. The U-Visa also provides a path to lawful permanent resident status.

69.    It was part of the conspiracy that Ketankumar Chaudhari, a/k/a Ken, planned and set up a staged robbery at a brow salon he and Rashmi Samani, a/k/a Falguni Samani owned and operated while she was working there.

70.    It was part of the conspiracy that, based on the staged robbery, Rashmi Samani, a/k/a Falguni Samani filed for a U-Visa and petitioned for Ketankumar Chaudhari, a/k/a Ken, to also receive status as a qualifying family member.

OVERT ACTS

71.    On or about June 5, 2011, Ketankumar Chaudhari, a/k/a Ken, married a United States citizen, her name known to the Grand Jurors, at the Douglas County Courthouse.

17

72.    On or about August 7, 2011, Rashmi Samani, a/k/a Falguni Samani married a United States Citizen, his name known to the Grand Jurors, at the Douglas County Courthouse in Omaha, Nebraska.

73.    Rashmi Samani, a/k/a Falguni Samani's American spouse was a witness to Ketankumar Chaudhari, a/k/a Ken's marriage, and Ketankumar Chaudhari, a/k/a Ken's American spouse was a witness to Rashmi Samani, a/k/a Falguni Samani's marriage.

74.    On the basis of that marriage, Rashmi Samani, a/k/a Falguni Samani filed for lawful permanent status on or about June 12, 2012, which was granted.

75.    On the basis of his marriage, Ketankumar Chaudhari filed for lawful permanent status on or about November 2, 2012. A notice of intent to deny was served on or about September 27, 2013.

76.    On or about October 15, 2013, Ketankumar Chaudhari, a/k/a Ken's American spouse moved to withdraw her petition for an alien relative, in other words, her sponsorship of Ketankumar Chaudhari. That withdrawal was accepted and Ketankumar Chaudhari's petition for permanent residence status on the basis of marriage was denied on or about November 4, 2013.

77.    On or about October 20, 2014, Rashmi Samani, a/k/a Falguni Samani and her American spouse were divorced.

78.    On or about October 31, 2014, Rashmi Samani, a/k/a Falguni Samani filed to remove her conditional status and become a permanent lawful resident, alleging that she married in good faith but that her marriage had been terminated. That request was denied on or about September 30, 2016, after a finding by USCIS that Rashmi Samani, a/k/a Falguni Samani had entered into a sham marriage.

18

79.     On or about December 23, 2014, Rashmi Samani, a/k/a Falguni Samani gave birth to a child. The father of that child is Ketankumar Chaudhari, a/k/a Ken.

80.     On or about March 17, 2014, Ketankumar Chaudhari, a/k/a Ken, petitioned to become a lawful permanent resident, claiming he had married a United States Citizen on or about January 7, 2014.

81.     That petition was denied on or about July 17, 2014.

82.     On or about May 5, 2022, an entry of removal was entered against Rashmi Samani, a/k/a Falguni Samani.

83.     Rashmi Samani, a/k/a Falguni Samani appealed the entry of removal and was given until on or about February 23, 2023, to submit a brief to the Board of Immigration Appeals.

84.     On or about December 12, 2022, a robbery was reported at the Brow Beauty Salon located at 602 South 72nd Street in Omaha, Nebraska. It was reported that a male dressed all in black entered the salon with a firearm and demanded money, that he physically assaulted Rashmi Samani, a/k/a Falguni Samani, and that she was transported to the hospital.

85.     On or about February 14, 2023, Ketankumar Chaudhari, a/k/a Ken, was arrested for a criminal conspiracy to commit a robbery.

86.     On or about September 12, 2023, Ketankumar Chaudhari, a/k/a Ken, was found guilty of attempted insurance fraud in relation to the robbery.

87.     After December 12, 2022, Rashmi Samani, a/k/a Falguni Samani petitioned for a U-Visa, claiming to have been a victim of a robbery.

19

**COUNT XXIV**

88.    Sometime after December 12, 2022, but before May 1, 2025, in the District of

Nebraska and elsewhere, the defendants, Rashmi Samani, a/k/a Falguni Samani, aided and

abetted by Ketankumar Chaudhari, a/k/a Ken, and did knowingly subscribe as true under

penalty of perjury under 28 U.S.C. § 1746 a false statement with respect to a material fact in

a document required by the immigration laws and regulations prescribed thereunder, to wit

on an I-918 application form by claiming to be a victim of a qualifying crime, a statement the

defendants then and there knew was false, in that the qualifying crime did not happen.

In violation of Title 18 United States Code Sections 1546(a) and 2

FORFEITURE ALLEGATION

89.    The allegations contained in Counts I through III and VIII through X of this

Indictment are hereby realleged and incorporated by reference for the purpose of alleging

forfeitures pursuant to Title 18, United States Code, Section 1594.

90.    The allegations contained in Counts IV through VII of this Indictment are hereby

realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title

21, United States Code, Section 853(a).

91.    The allegations contained in Counts XI through XX of this Indictment are hereby

realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title

8, United States Code, Section 1324(b) and Title 18, United States Code, Section 982(a)(6).

92.    Pursuant to Title 18, United States Code, Section 1594, upon conviction of an

offense in violation of Title 18, United States Code, Section 1581 and/or 1591, the defendants,

Ketankumar Chaudhari, Rashmi Samani, Amit P. Chaudhari, Amit B. Chaudhari, and

Maheshkumar Chaudhari, shall forfeit to the United States of America (1) any property, real or

20

personal, involved in, used, or intended to be used to commit or to facilitate the commission of the offense[s], and any property traceable to such property; and (2) any property, real or personal, constituting or derived from, any proceeds obtained, directly or indirectly, as a result of the offense[s], and any property traceable to such property.

Pursuant to Title 21, United States Code, Section 853(a), upon conviction of an offense in violation of Title 21, United States Code, Section 856, the defendants, Ketankumar Chaudhari, Rashmi Samani, Amit P. Chaudhari, Amit B. Chaudhari, and Maheshkumar Chaudhari, shall forfeit to the United States of America (1) any property, real or personal, involved in, used, or intended to be used to commit or to facilitate the commission of the offense, and any property traceable to such property; and (2) any property, real or personal, constituting or derived from, any proceeds obtained, directly or indirectly, as a result of the offense, and any property traceable to such property.

Pursuant to Title 8, United States Code, Section 1324(b) and Title 18, United States Code, Section 982(a)(6), upon conviction of an offense in violation of Title 18, United States Code, Section 1324, the defendants, Ketankumar Chaudhari, Rashmi Samani, Amit P. Chaudhari, Amit B. Chaudhari, and Maheshkumar Chaudhari, shall forfeit to the United States of America any conveyance, including any vessel, vehicle, or aircraft, used in the commission of the offense of which the defendants are convicted, any property, real or personal, that constitutes or is derived from or is traceable to the gross proceeds obtained directly or indirectly from the commission of the offense of which the defendants are convicted, and any property, real or personal, used to facilitate or intended to be used to facilitate the commission of the offense of which the defendants are convicted.

The property to be forfeited includes, but is not limited to, the following:

21

a.   9305 S. 145th Street, Omaha, Nebraska 68138;

b.   10728 L Street, Omaha, Nebraska 68127;

c.   1110 Fork Crook Road S., Bellevue, Nebraska 68005;

d.   2920 South 13th Court, Omaha, Nebraska 68108;

e.   2306 N. 182nd Avenue, Elkhorn, Nebraska 68022;

f.   10340 S. 164th Street, Omaha, Nebraska 68136;

g.   2019 Land Rover Range Rover VIN: SALYL2EX1KA210060;

h.   2024 Honda CR-V VIN: 7FARS6H87RE062643;

i.   2021 Honda Odyssey VIN: 5FNRL6H72MB009647;

j.   2024 Cadillac Escalade VIN: 1GYS4FKL6RR275737;

k.   2022 Ford F-150 VIN: 1FTFW1E86NKD21954;

l.   2025 Nissan Pathfinder VIN: 5N1DR3DJ2SC201911;

m.   All cash in Wells Fargo Bank Account: 3598992588;

n.   All cash in Wells Fargo Bank Account: 3804570145;

o.   All cash in Wells Fargo Bank Account: 3460313277;

p.   All cash in Wells Fargo Bank Account: 1881748709;

q.   All cash in Wells Fargo Bank Account: 5430601368;

r.   All cash in Wells Fargo Bank Account: 5430601376;

s.   All cash in Wells Fargo Bank Account: 5430601384;

t.   All cash in Wells Fargo Bank Account: 7556819907;

u.   All cash in Wells Fargo Bank Account: 2778084059;

v.   All cash in Wells Fargo Bank Account: 7207508479;

w.   All cash in Wells Fargo Bank Account: 7207508487;

    x.     All cash in Wells Fargo Bank Account: 8194457761;

    y.     All cash in Pinnacle Bank Account: 2601035047;

    z.     All cash in Pinnacle Bank Account: 2601035054   ;

    aa.    All cash in Pinnacle Bank Account: 2601035062;

    bb.    All cash in Pinnacle Bank Account: 2601035070;

    cc.    All cash in Pinnacle Bank Account: 2601035096;

    dd.    All cash in Pinnacle Safe Deposit Box: 4009

    ee.    All cash in Pinnacle Safe Deposit Box: 2023

    ii.    Jewelry and currency seized from the residence of 2306 N. 182nd Avenue, Elkhorn, NE

    jj.    Jewelry seized from safe deposit box 4009;

As well as a sum of money equal to the total amount of proceeds traceable to such offenses for which the Defendants are convicted.

93.    If any of the property described above, as a result of any act or omission of the defendant[s]:

    a.     cannot be located upon the exercise of due diligence;

    b.     has been transferred or sold to, or deposited with, a third party;

    c.     has been placed beyond the jurisdiction of the court;

    d.     has been substantially diminished in value; or

    e.     has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant

to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code,

Section 982(b)(1) and Title 28, United States Code, Section 2461(c).

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Lincoln, Nebraska,
pursuant to the rules of this Court.

DANIELLE FLIAM #25658
Assistant U.S. Attorney

24