IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>AMIT B. CHAUDHARI,<br><br>　　　　　　Defendants. | 4:25CR3071<br><br>ORDER |

IT IS ORDERED:

1)　The motion of Andrew J. Wilson to withdraw as counsel of record for Defendant, (Filing No. 130), is granted.

2)　Defendant's newly retained counsel, Joshua W. Weir, shall promptly notify Defendant of the entry of this order.

3)　The clerk shall delete Andrew J. Wilson from any future ECF notifications herein.

Dated this 14th day of November, 2025.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　*s/ Jacqueline M. DeLuca*
　　　　　　　　　　　　　　　　United States Magistrate Judge